1

2

3

4

5

6

7

8                                    **IN THE UNITED STATES DISTRICT COURT**

9                                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    FRANCISCO AYON,                                    CASE NO. CV-F-03-6062 OWW WMW HC

12                        Petitioner,
                                                         ORDER   ADOPTING   FINDINGS   AND
13                                                       RECOMMENDATIONS

14          vs.                                          (Doc. 14)

15    MICHAEL YARBOROUGH,

16                        Respondent.
      _____/

17

18          Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus

19    pursuant to 28 U.S.C. § 2254.   The matter was referred to a United States Magistrate Judge pursuant

20    to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21          On April 12, 2005,  the Magistrate Judge filed findings and recommendations herein.  These

22    findings and recommendations were served on the parties and contained notice to the parties that any

23    objections to the findings and recommendations were to be filed within thirty days.  Petitioner filed

24    objections on May 13, 2005.

25          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u>

26    review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

27     Having carefully reviewed the entire file, the court finds the findings and recommendations to be

28    supported by the record and by proper analysis.

                                                      1

Accordingly, it is HEREBY ORDERED that:

1.    The findings and recommendations issued by the Magistrate Judge on

       April 12, 2005, are ADOPTED IN FULL;

2.    The petition for writ of habeas corpus is DENIED;

3.    The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:     June 15, 2005**                        _____/s/ Oliver W. Wanger_____
emm0d6                                                     UNITED STATES DISTRICT JUDGE

2