

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANCISCO AYON,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-6062 OWW/WMW HC

MICHAEL YARBOROUGH,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_   Granted for the following reason:

_____

_____

_____

_____

  X   Denied for the following reason:
EACH GROUND OR OBJECTION WAS PRESENTED IN HABEAS AND FULLY CONSIDERED. THE GROUNDS DO NOT RAISE ISSUES DEBATABLE AMONG JURISTS OF REASON FOR THE REASONS PREVIOUSLY STATED IN THE ORDER AND F&Rs OF THE MAGISTRATE JUDGE.

Dated: 8-4-06

OLIVER W. WANGER
United States District Judge